**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARILYN LABOY FIGUEROA,

                Plaintiff,                22 **CIVIL** 3759 (SLC)

   -v-                                       **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 09, 2022, that the action be, and herebyis, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings, including offering the claimant an opportunity for a hearing.

**Dated:** New York, New York
           September 12, 2022

                                                   **RUBY J. KRAJICK**

                                                         Clerk of Court

                             **BY:**

                                                         **Deputy Clerk**